# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 09, 2024

Ms. Katherine Cooper Black
Texas Defender Service
1927 Blodgett Street
Houston, TX 77004

Mr. Lee Benjamin Kovarsky
University of Maryland Law School
500 W. Baltimore Street
Suite 436
Baltimore, MD 21201-1786

    No. 14-70033   Robert Roberson, III v. William Stephens, Director
                            USDC No. 2:09-CV-327

Dear Ms. Black and Mr. Kovarsky,

In this case, please review Local Rule 8.10 governing orderly filings in this Court in capital cases where an execution date is set. Counsel will be asked to show cause if they file within 7 days of October 17, 2024.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Mary Frances Yeager, Deputy Clerk
                          504-310-7686

cc:  Mr. Matthew H. Frederick